RECEIVED
AUG - 2 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JONICA HAAMID PHILLIPS | CIVIL ACTION 1:17-CV-01436 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| SANDY MCCAIN, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation (R. #39) of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Phillips's Motion for "Preliminary Injunction Relief" (Doc. 35) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 2nd day of August 2018.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE