RECEIVED
AUG - 3 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| JONICA HAAMID PHILLIPS | CIVIL ACTION 1:17-CV-01436 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| SANDY MCCAIN, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation (R. #22) of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Phillips's complaint is DENIED and DISMISSED with prejudice pursuant to § 1915(e)(2)(b) and § 1915A as to Defendants Sandy McCain, Robert Vanatta, Lt. Lemoine, Sgt. Lemoine, Dr. Casey McVea, Warden Longino, and the "owners" of RLCC.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 3rd day of August, 2018.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE