RECEIVED
JAN 24 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JONICA HAAMID PHILLIPS, | CIVIL ACTION NO. 1:17-CV-1436 |
| VERSUS | JUDGE DEE D. DRELL |
| RICHARD TISER, ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (Doc. 61) is **GRANTED**, Phillips Motion for Summary Judgment and Motion to Amend (Docs. 59, 57) are **DENIED**, and this lawsuit is **DISMISSED** with prejudice.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 23rd day of January, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE